UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION
2016 MAR 30  PM 3: 41
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:16-cr-17 RLY-MPB-01 |
| ) | |
| KENNETH T. BOYER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

[Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2),
Possession of Sexually Explicit Material Involving Minors]

The Grand Jury charges that:

On or about March 10, 2016, in the Southern District of Indiana,

**KENNETH T. BOYER,**

the defendant herein, knowingly possessed, attempted to possess, and accessed with the intent to view one or more books, magazines, periodicals, films, video tapes, and other matter which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including the internet, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer, and the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit:  KENNETH T. BOYER knowingly possessed, attempted to possess, and accessed with the intent to view images, including the images with the partial file names listed

[1]

below, depicting actual minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including one or more visual depictions involving a prepubescent minor or a minor under twelve years of age, he acquired through a connection to the internet and saved on a Kingston 16GB flash drive manufactured outside of Indiana that KENNETH T. BOYER possessed in his residence in Warrick County, Indiana.

|   | **FILE NAME** |
|---|---|
| A | da08f542.jpg |
| B | ada77ec45.jpg |
| C | ZERO4739.JPG |
| D | 14.JPG |
| E | 2.PNG |
| F | 105.JPG |
| G | 140 – Copy.jpg |
| H | 141 – Copy.png |
| I | 142 – Copy.png |
| J | 177 – Copy.jpg |
| K | 207.JPG |

| | |
|---|---|
| L | 286.PNG |
| M | 780.PNG |
| N | 774.PNG |
| O | 781.PNG |
| P | 891.PNG |
| Q | 892.PNG |
| R | 870.PNG |
| S | 875.PNG |
| T | 898.PNG |

All of which is in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and and 2252(b)(2).

# FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the defendant that it will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 2253 and 2254 as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 2253, if convicted of the offenses set forth in the Count above of this Indictment, the defendant shall forfeit to the United States:

      A.      any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

      B.      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses(s) of which the defendant(s) is/are convicted; and

      C.      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) of which the defendant(s) is/are convicted, or any property traceable to such property.

3.    The property subject to forfeiture includes, but is not necessarily limited to:

      A.      One Kingston 16GB flash drive, silver in color.

4.    The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 18, United States Code, Section 2253(b), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant(s):

      A.      cannot be located upon the exercise of due diligence;

      B.      has been transferred or sold to, or deposited with, a third party;

      C.      has been placed beyond the jurisdiction of the court;

      D.      has been substantially diminished in value; or

      E.      has been commingled with other property which cannot be divided without difficulty.

5. In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 2254.

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: _____
Kyle M. Sawa
Assistant United States Attorney

[5]