UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | 3:16-cr-17-RLY-MPB |
| KENNETH T. BOYER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Courtroom Minutes for December 6, 2016

Before the Hon. Richard L. Young, Chief Judge

Comes now the government by AUSA Kyle Sawa, the defendant appears in person and by counsel Michael Keating and Rich Collins for the change of plea hearing set this date.

The court determines the defendant is not under the influence of alcohol or drugs.

The court reads the Indictment and advises the defendant of his rights and the maximum and minimum penalties.

The parties submit a stipulated factual basis for the plea. The defendant pleads guilty. The court finds the defendant fully competent and capable of entering an informed plea and now adjudges the defendant guilty.

Sentencing of the defendant is set for FEBRUARY 16, 2017 at 10:00 a.m.

The defendant is released on conditions previously imposed.

All counsel of Record
U.S. Probation
U.S. Marshal